BOSTICK *v.* SOUTH CAROLINA ET AL.

No. 647. Argued March 20, 1967.—Decided March 27, 1967.

*Matthew J. Perry* argued the cause for petitioner. With him on the brief was *Charles E. Washington, Jr.*

*Everett N. Brandon,* Assistant Attorney General of South Carolina, argued the cause for respondents. With him on the brief were *Daniel R. McLeod,* Attorney General, and *Randolph Murdaugh.*

PER CURIAM.

The judgment of the Supreme Court of South Carolina is reversed. *Whitus* v. *Georgia,* 385 U. S. 545 (1967).